IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:08cr241-MHT |
| SAVILL L. RUSH | ) | (WO) |

## ORDER

It is ORDERED that defendant Savill L. Rush's motion to continue sentencing (doc. no. 67) is denied.

On July 22, 2009, the court set this matter for sentencing on October 22. Counsel for Rush has therefore had three months to prepare for sentencing. Yet counsel offers no explanation as to why preparation could not have been done in that lengthy time, nor does counsel offer any explanation for waiting until two days before sentencing to ask for a continuance (based on matters that were known weeks, if not months, ago) or why he completely failed to file a sentencing memorandum as required by the court's order dated July 22, 2009. The

court is also concerned that a continuance would essentially reward counsel's failures.

DONE, this the 21st day of October, 2009.

                                              /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**