IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
      v.                    )      2:08cr241-MHT
                            )         (WO)
SAVILL L. RUSH              )

                           ORDER

    It is ORDERED that defendant Savill L. Rush's oral

motion for continuance, made in open court on May 24,

2018, is granted and that the revocation hearing is

continued to July 27, 2018, at 10:00 a.m., in Courtroom

2FMJ of the Frank M. Johnson Jr. United States

Courthouse Complex, One Church Street, Montgomery,

Alabama.

    While defendant Rush was given the option of having

his revocation hearing today or on June 1 or July 27,

2018 (the court's only available dates), he knowingly

and voluntarily still asked for a continuance, and he

chose July 27 from the available dates.

    DONE, this the 24th day of May, 2018.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE